■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HUSSEIN ABDULLAH, Appellant.

We find that the court erred in imposing consecutive sentences for attempted manslaughter in the first degree and for the two counts of criminal possession of a weapon in the second degree since all of the counts arose out of a single act *(see, People v Day,* 73 NY2d 208; *People v Wilkerson,* 162 AD2d 568; *People v Kuey,* 155 AD2d 481; Penal Law § 70.25 [2]).

Mangano, P. J., Kunzeman, Eiber, O'Brien and Ritter, JJ., concur.